## ADAMS v. BANK UNITED OF TEXAS F.S.B.

No. 350P02

Case below: 150 N.C. App. 713

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 September 2002.

## BLEDSOLE v. JOHNSON

No. 370PA02

Case below: 150 N.C. App. 619 & Cumberland County
            District Court

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 October 2002 as to issues 1 and 3. Petition by defendant for writ of certiorari to review the order of the District Court, Cumberland County, allowed 3 October 2002.

## BOLICK v. BON WORTH, INC.

No. 356P02

Case below: 150 N.C. App. 428

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

## BONEY PUBLISHERS, INC. v. BURLINGTON CITY COUNCIL

No. 479P02

Case below: 151 N.C. App. 651

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 October 2002.

## CAMPEN v. FEATHERSTONE

No. 377P02

Case below: 150 N.C. App. 692

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Justice Orr recused.